UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS H. LUTGE, P.E.,<br><br>        Plaintiff,<br><br>    v.<br><br>TYRA HARRINGTON, J.D. AND M.B.A., et al.,<br><br>        Defendants. | Case No. 22-cv-00585-TLT<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 50 |

On December 20, 2022, the Court issued an order granting defendants Tyra Harrington, J.D. and M.B.A., Michael Carey, Mark Franceschi, Scott Hunsperger, and the County of Sonoma's motion to dismiss plaintiff Thomas H. Lutge, P.E.'s amended complaint. *See* ECF Nos. 38, 50. Having dismissed the entire amended complaint with prejudice, the Court respectfully requests that the Clerk of Court close the file.

**IT IS SO ORDERED.**

Dated: December 22, 2022

TRINA L. THOMPSON
United States District Judge